**Thadese MOORE, Sr., Plaintiff–
Appellant,**

v.

**Cameron G. CHANDLER, Assistant U.S.
Attorney; Charles E. Simmons, Jr.,
Senior U.S. District Judge; Bristow
Marchant, U.S. Magistrate Judge;
Christi G. Sexton, Internal Revenue
Service, Special Agent; David Beall,
Federal Bureau of Investigation, Special Agent; Marvin Caughman;
James R. Parks, Supervising U.S. Probation Officer, Defendants–Appellees,**

**and**

Charles H. Williams, P.A.; Lionel S. Lofton; Paul W. Pittard, Jr., Attorney in Fact; State Law Enforcement Division; Captain Heaton, Orangeburg County Narcotics Task Force; SC Department of Revenue and Taxation; W. Scott Palmer, Personal Representative of Estates; David S. Schwartz, Employee for the County of Orangeburg, South Carolina, Defendants.

No. 02–6575.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Thadese Moore, Sr., Appellant Pro Se. Robert F. Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Thadese Moore, Sr., appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil rights action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Moore v. Williams,* No. CA–01–2168–5–22BC (D.S.C. filed Mar. 29, 2002; entered Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*